JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY NANSON, an individual, | Case No. 2:13-cv-09296-R-AJW |
| Plaintiff, | |
| vs. | **ORDER** |
| ITT EDUCATIONAL SERVICES, INC., a Delaware Corporation; and DOES 1-50, inclusive, | **FILED CONCURRENTLY WITH JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. | |

///
///
///
///
///
///
///
///
///

1

**ORDER DISMISSING ACTION WITH PREJUDICE**

TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the Joint Stipulation for Dismissal of Action with prejudice, and for good cause shown,

IT IS HEREBY ORDERED:

The entire action is dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

The United District Court for the Central District of California shall retain jurisdiction of the matter for one year to enforce the agreement between the parties if necessary.

DATED: August 20, 2014   _____

Honorable Manuel L. Real
United States District Judge

**JML LAW**
A Professional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800

2

**ORDER DISMISSING ACTION WITH PREJUDICE**